# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RICHARD MICHAEL PAYNE, *Plaintiff* <br> v. <br> DONALD R. HOLBROOK, *Defendant* | Civil Action No. 2:18-CV-0258-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Petitioner's Writ of Habeas Corpus, ECF No. 1, is DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   on Petitioner's Writ of Habeas Corpus.

Date: April 10, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen